# United States District Court
## Violation Notice

Location Code: VA-19

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6840452 | D. Lee | 104 |

6840452

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 4/23/2017 1201 | VSC 46.2-821 |

Place of Offense: Washington Blvd (Bldg 3) Ft Eustis, VA

Offense Description: Factual Basis for Charge — HAZMAT ☐

Failure to stop at a posted stop sign

W/M/NH/CIV

DEFENDANT INFORMATION [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Griffin | Kenneth | C |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VKC8691 | VA | 11 | Cadillac/SRX4 | | Gray |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 75 Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ 105 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Federal Courthouse<br>2400 West Avenue 3rd Floor<br>Newport News, VA 23607 | 06/29/2017 |
| | Time (hh:mm): 0930 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: K. C. Griffin

(Rev. 09/2015) Original - CVB Copy

CVB SCAN JUN 06, 2017 13:31

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 23 APR 20 17 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

On Sunday April 23, 2017 at approximately 1201 hours while conducting stationary traffic enforcement Washington Blvd Inbound at bldg# 3 on, Fort Eustis, I observed a gray in color Cadillac SRX4 bearing VA registration VKC8691 that failed to stop at the posted stop sign near bldg. 3 directly in front of me. A traffic stop was conducted, driver who identified herself as Kenneth Griffin by producing a FL operator's license with a photo and description matching the driver's physical and attributes. A check of his license through VCIN came back valid. Mr. Griffin was questioned in regards to his FL driver license and VA registration, and stated he was not military and had only lived in Virginia for a few weeks. Mr. Griffin verbally confirmed that the address on the registration was accurate and correct. I noticed that the registration with the correct address was issued on 10/2016, but Mr. Griffin then changed his statement to living at the address for a couple months to living at the house since around 10/2016. Mr. Griffin was cited for failure to stop at a posted stop sign and failure to obtain VA driver license after 60 days of residence, and advised of the court date and time, and released. ///nothing follows///

The foregoing statement is based upon:

X my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/23/2017 — Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 06, 2017 13:31